UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LINDA DAVIS,

Plaintiff,

vs.

PEOPLE FOR PEOPLE,

Defendant.

NO. 2:14-CV-00289-JLQ

ORDER GRANTING IN PART MOTION TO RECONSIDER AND **SECOND AMENDED SCHEDULING ORDER**

BEFORE THE COURT is Plaintiff's Motion to Reconsider (ECF No. 21) and Motion for Expedited Hearing (ECF No. 20). Plaintiff seeks reconsideration of the court's Order Granting in Part Motion to Continue and Amended Scheduling Order issued on April 3, 2015. On April 20, 2015, the court heard oral argument on the Motion to Reconsider. Andrea Poplawski and William Gilbert appeared for Plaintiff. Dalton Pence participated on behalf of Defendant.

The Motion to Reconsider sought to continue the trial date until at least December 2015 from its current setting of September 28, 2015, and also extend the time for discovery. At oral argument, Plaintiff's counsel suggested that if additional time was provided for discovery, the parties could adhere to the September 28, 2015 trial date.

**IT IS HEREBY ORDERED:**

1. The Motion to Expedite (ECF No. 20) is **GRANTED**.

2. The Motion to Reconsider (ECF No. 21) is **GRANTED IN PART AND DENIED IN PART** as set forth herein.

3. The court's Amended Scheduling Order (ECF No. 19) is amended as follows:

(A). All discovery shall be completed on or before **August 3, 2015.** Interrogatories, requests for admission/production, etc. must be served sufficiently early

that all responses are due before the discovery deadline. Any motion to compel discovery shall be filed, served and heard on or before the discovery deadline.

(B). All dispositive motions shall be filed and served on or before **August 3, 2015.** Response and Reply briefing deadlines **shall be expedited**. Response brief shall be filed within **14 days** of the Motion. Reply brief shall be filed within **7 days** of the Response. Oral argument, if requested, shall be scheduled by contacting the court's Judicial Assistant, Lee Ann Mauk, at 509-458-5280. Counsel are advised that they need not await the deadline to file a dispositive motion and should keep in mind that the date of hearing on a dispositive motion must be at least 50 days after the motion's filing per Local Rule 7.1(h)(2)(B).

(C). The parties shall file no further discovery except those portions necessary to support motions.

(D). Exhibit lists shall be filed and served and exhibits made available for inspection (or copies provided) on or before **August 14, 2015.** The exhibits shall not be filed. Objections to exhibits shall be filed and served on or before **August 28, 2015**, and shall be heard at the pretrial conference. All exhibits shall be pre-marked: Plaintiff shall use numbers 1-499; Defendant shall use numbers 500 et seq.

(E). Designation of substantive, as opposed to impeachment, deposition testimony of witnesses who will be unavailable to give live testimony at trial, shall be by highlighting in blue and served, **not filed**, on or before **August 14, 2015.** Cross-designations by highlighting in yellow shall be served, **not filed**, on or before **August 28, 2015.** Objections to any designated deposition testimony shall be **filed and served** on or before **September 8, 2015**, and shall be heard at the pretrial conference.

(F). All unresolved substantive or evidentiary issues which may foreseeably arise during trial shall be addressed by motions in limine to be served and filed not later than **August 24, 2015**, and shall be heard and resolved at the pretrial conference.

(G). Trial briefs, requested jury instructions, and requested jury voir dire shall be filed and served on or before **September 8, 2015.**

(H). The pretrial conference will be held in Spokane, Washington on **September 18, 2015 at 11:00 a.m.** All unresolved motions and objections will be heard at the pretrial conference. If an agreed pretrial order has been lodged, counsel need not appear at the pretrial conference unless unresolved motions or objections exist.

(I). The jury trial shall commence at **9:00 a.m.**, on **September 28, 2015**, in Spokane, Washington.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 21st day of April, 2015.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE