UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA DAVIS, | NO. 2:14-CV-00289-JLQ |
| Plaintiff, | ORDER RE: NOTICE OF SETTLEMENT |
| vs. | |
| PEOPLE FOR PEOPLE, | |
| Defendant. | |

BEFORE THE COURT is a Notice of Settlement (ECF No. 62) filed by Defendant on September 2, 2015. The court heard oral argument on Defendant's Motion for Summary Judgment on August 28, 2015, and encouraged the parties to confer and attempt to resolve the matter. The Notice states that the matter has settled, that all deadlines may be stricken, and that a stipulation of dismissal will be filed.

**IT IS HEREBY ORDERED:**

1. In view of the parties' settlement, the Motion for Summary Judgment (ECF No. 27) and Motion to Strike (ECF No. 47) are **DENIED AS MOOT**.

2. A stipulation for dismissal shall be filed on or before **September 30, 2015.** If the parties have not completed execution of documents or tender of proceeds by that date, they shall file a status report.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 4th day of September, 2015.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1